■ JILL LEVINE, an Infant, by MYRON LEVINE, Her Parent, et al., Appellants, v. TOWN OF HEMPSTEAD, Respondent.— Two orders of the Supreme Court, Nassau County, dated January 11, 1972 and February 9, 1972, respectively, affirmed without costs (*Keating* v. *Smith*, 20 A D 2d 141). Rabin, P. J., Munder, Latham, Shapiro and Gulotta, JJ., concur.